

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

In re Christopher M. Perricone,　　　　　　* Original Mandamus Proceeding

No. 11-25-00368-CV　　　　　　　　　　　* December 31, 2025

　　　　　　　　　　　　　　　　　　　　* Memorandum Opinion by Williams, J.
　　　　　　　　　　　　　　　　　　　　(Panel consists of: Bailey, C.J.,
　　　　　　　　　　　　　　　　　　　　Trotter, J., and Williams, J.)

　　　This court has inspected the record in this cause and concludes that Relator's petition for writ of mandamus should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the petition for writ of mandamus is dismissed.